[Civ. No. 3056.   Fourth Dist.   July 17, 1942.]

JAKE KROEKER et al., Appellants, v. GEORGE W. JACK et al., Respondents.

Edwin P. Jacobsen, H. E. Schmidt, Borton, Petrini, Conron & Borton for Appellants.

Claflin, Dorsey & Campbell, George A. Westover, Higgs & Fletcher, Elliott, Vedder, Sullivan & Dunham for Respondents.

THE COURT.—This is a motion to dismiss an appeal taken from an order of the trial court terminating and dismissing proceeding to have prepared a record on an appeal from a judgment.

The transcript on the appeal from the order was filed on February 27, 1942. There is no stipulation or order extending the time for filing briefs. No brief has been filed and no appearance has been made by appellants who made no opposition to the motion.

The appeal from the order is dismissed.